**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00257-CR

**ALI L. GHANBARI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81974-2013**

## ORDER

Before the Court is the State's July 25, 2018 motion to direct the court reporter to file an original exhibit with this Court. In the motion, the State argues that State's Exhibit 63 is necessary to the disposition of this appeal.

We **GRANT** the motion. We **ORDER** court reporter Sheri Vecera to file the original State's Exhibit 63 with this Court within **FIFTEEN DAYS** of the date of this order.

/s/     CRAIG STODDART
         JUSTICE